

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

January 25, 2016

Mr. Rob Ansley, Clerk
United States District Court
Federal Building and
  United States Courthouse
220 East Rosser Avenue, Room 476
Bismarck, ND 58501

Re: Shaykeya Marijoyce Marquez

Our Case Number: CR 16-23 SRN

Your Case Number: 0868-4:15CR00018

Dear Clerk:

**Transfer In**

☒ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for only this defendant.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Jenny Dunbar Fannemel, Deputy Clerk

Cc: Tracy L. Perzel, Assistant U.S. Attorney
    Federal Defender's Office
    Aaron R. Rotering , Probation Officer Fergus Falls (All except Rule 5)
    Financial Litigation Unit (Final & Transfer In)
    Financial Services Department (Final & Transfer In)
    File CR 16-23 SRN